# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| AMANDA LUIKENS,<br><br>    Plaintiff,<br><br>vs.<br><br>BMC WEST, LLC,<br><br>    Defendant. | No. CV 22-03-H-SEH<br><br>**ORDER** |

On March 1, 2022, Defendant, BMC West, LLC, filed a Motion to Dismiss accompanied by a brief.[1] On March 15, 2022, Plaintiff, Amanda Luikens, filed an Amended Complaint.[2]

ORDERED

Defendant's Motion to Dismiss is DENIED as moot.

DATED this 21st day of March, 2022.

*Sam E. Haddon*
SAM E. HADDON
~~United States District Judge~~

---

[1] Doc. 10; Doc. 11.

[2] Doc. 12.